UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERBERT SILVERBERG,<br><br>              Plaintiff,<br><br>      v.<br><br>INOVALON HOLDINGS, INC.; KEITH R. DUNLEAVY; WILLIAM J. TEUBER, JR.; DENISE K. FLETCHER; WILLIAM D. GREEN; ISAAC KOHANE; MARK A. PULIDO, and; LEE D. ROBERTS,<br><br>              Defendants. | Case No. 1:21-cv-8287 |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Herbert Silverberg voluntarily dismisses his claims against all Defendants in the above-captioned action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 11, 2022

                                        **ABRAHAM, FRUCHTER & TWERSKY, LLP**

                                        By: */s/* Michael J. Klein
                                                  Michael J. Klein
                                                  450 7th Avenue, 38th Fl.
                                                  New York, NY 10123
                                                  Telephone: (212) 279-5050
                                                  Facsimile: (212) 279-3655
                                                  Email: mklein@aflaw.com

                                                  *Attorneys for Plaintiff*